# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LOGARO LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANGGREK K-US, ET AL., <br><br> Defendants. | Case No. 25-cv-06492-SDG |

### Return of Service Executed

On December 4, 2025, true and correct copies of the First Amended Complaint [Dkt. 13], issued summonses [Dkt. 16], and Temporary Restraining Order [Dkt. 18], as well as notice that the Court scheduled a hearing on Plaintiff's Motion for Preliminary Injunction for December 5, at 4pm EST at remotely via Zoom, were served on all Defendants in the attached **Exhibit 1** by electronically publishing a link to the Complaint, summonses, the Temporary Restraining Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail address each Defendant had registered with Amazon.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:         December 4, 2025

                                        Respectfully submitted,

1

2

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
(GA 094951)
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*

# Exhibit 1

| Store Name | Store URL | Listing URL | Seller ID |
|---|---|---|---|
| ANGGREK K-US | https://www.amazon.com/sp?ie=UTF8&seller=AH25G1WVM0RNB | https://www.amazon.com/Scrapbook-Harmless-Ecofriendly-Greeting-Gradient/dp/B0F3JKDRVY | AH25G1WVM0RNB |
| ANKOMINA | https://www.amazon.com/sp?ie=UTF8&seller=A1FNNL65LT0PSY | https://www.amazon.com/Aimeio-Gradient-Handprint-Scrapbooking-Fingerprints/dp/B07FKFX9MV | A1FNNL65LT0PSY |
| Anyongora | https://www.amazon.com/sp?ie=UTF8&seller=A1VWL80W3ID0OY | https://www.amazon.com/Anyongora-Ink-Pad-Washable-Projects/dp/B0DSVS2PXC | A1VWL80W3ID0OY |
| ApexGood | https://www.amazon.com/sp?ie=UTF8&seller=AXZ3AKAIP0WJW | https://www.amazon.com/Watercolor-Multicolor-Rubber-Scrapbooking-Projects/dp/B0DZZ37H5W | AXZ3AKAIP0WJW |
| Aqur2020 | https://www.amazon.com/sp?ie=UTF8&seller=A2KRPDAJ57SK04 | https://www.amazon.com/dp/B0D5VVXK3P | A2KRPDAJ57SK04 |
| BdAienito | https://www.amazon.com/sp?ie=UTF8&seller=A2M3WTO1H27CEG | https://www.amazon.com/Respicefinem-Watercolor-Environmentally-Friendly-Scrapbook/dp/B0DWXNY9G7 | A2M3WTO1H27CEG |
| beiyuanwangluo | https://www.amazon.com/sp?ie=UTF8&seller=A1TNBJ9FXU95DZ | https://www.amazon.com/dp/B0DGD3J737 | A1TNBJ9FXU95DZ |
| BITEY | https://www.amazon.com/sp?ie=UTF8&seller=A2M2OF06DDJNZ9 | https://www.amazon.com/BITEYI-Silicone-Acrylic-Decoration-Scrapbooking/dp/B0BX63VDD9 | A2M2OF06DDJNZ9 |
| Blurte | https://www.amazon.com/sp?ie=UTF8&seller=AZYZB6OQFMIQ6 | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DDV26J42 | AZYZB6OQFMIQ6 |
| Blzzjttt | https://www.amazon.com/sp?ie=UTF8&seller=A32UQ01XL8W81Q | https://www.amazon.com/Washable-Colored-Scrapbooking-Printing-Painting/dp/B0DYCYCHHN | A32UQ01XL8W81Q |

| Boning King | https://www.amazon.com/sp?ie=UTF8&seller=A3M01PT71H63DB | https://www.amazon.com/Qyebavge-Childrens-Coloured-Multi-Purpose-Pigment/dp/B0CVQQFC59 | A3M01PT71H63DB |
|---|---|---|---|
| cairujiaqzus | https://www.amazon.com/sp?ie=UTF8&seller=A3W4VSIK1S7DB3 | https://www.amazon.com/Fingerprints-Proboths-Creative-Signature-Painting/dp/B078BX4267 | A3W4VSIK1S7DB3 |
| Chihzhen | https://www.amazon.com/sp?ie=UTF8&seller=A31I2FIHIN0VY8 | https://www.amazon.com/Inkpad-Beautiful-Greeting-Journal-Scrapbook/dp/B0DY73PPMX | A31I2FIHIN0VY8 |
| Codalo-US | https://www.amazon.com/sp?ie=UTF8&seller=AVRSAUQJ8N3UI | https://www.amazon.com/Scrapbooking-Letters-Journal-Plastic-Gradient/dp/B0DRDGWC1K | AVRSAUQJ8N3UI |
| Co-link store | https://www.amazon.com/sp?ie=UTF8&seller=A1OIS8P00XXPZL | https://www.amazon.com/Alphabet-Letters-Stamps-Multipurpose-Letter/dp/B07BHKHNZ5 | A1OIS8P00XXPZL |
| Comborte | https://www.amazon.com/sp?ie=UTF8&seller=A27A1KOY4CBQYN | https://www.amazon.com/Watercolors-Gradient-Scrapbook-Decoration-Material/dp/B0DGY31H7W | A27A1KOY4CBQYN |
| Craft Ur Life | https://www.amazon.com/sp?ie=UTF8&seller=A2OFR9YQCWC5GN | https://www.amazon.com/Colored-Rainbow-Scrapbooking-Printing-Painting/dp/B0BNB9ZB3Z | A2OFR9YQCWC5GN |
| Culyee | https://www.amazon.com/sp?ie=UTF8&seller=A2A0PI4MNKNYQD | https://www.amazon.com/Gradient-Storage-Scrapbook-Decoration-Stamping/dp/B0FJ8C1XBZ | A2A0PI4MNKNYQD |
| Danyanty | https://www.amazon.com/sp?ie=UTF8&seller=A3BKS5ISMXVHBW | https://www.amazon.com/Watercolors-Gradient-Partner-Scrapbook-Decoration/dp/B0DJ7TVPKJ | A3BKS5ISMXVHBW |
| DEAYOU | https://www.amazon.com/sp?ie=UTF8&seller=A1J2SIAD60990L | https://www.amazon.com/DEAYOU-Washable-Fingerpaint-Scrapbooking-Children/dp/B0CDP1PG4M | A1J2SIAD60990L |

| diefengwumaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2RW7XE9B0VZXW | https://www.amazon.com/Fingerprints-Proboths-Creative-Signature-Painting/dp/B078BX4267 | A2RW7XE9B0VZXW |
|---|---|---|---|
| Dushiw | https://www.amazon.com/sp?ie=UTF8&seller=A2MXDJ3EIOBI12 | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DDR7TR6X | A2MXDJ3EIOBI12 |
| Dweekiy d1 | https://www.amazon.com/sp?ie=UTF8&seller=A2X9WSTARI2O7P | https://www.amazon.com/Aramox-Gradient-Enviromental-Scrapbook-Greeting/dp/B0DK8HR9XR | A2X9WSTARI2O7P |
| fdf845 | https://www.amazon.com/sp?ie=UTF8&seller=A29WI630WGIAB1 | https://www.amazon.com/Gradient-Fingerprint-Scrapbooking-Accessories-Finger-Print/dp/B0CBBCSTH5 | A29WI630WGIAB1 |
| Firecao | https://www.amazon.com/sp?ie=UTF8&seller=A2S0K708C9P8CH | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0D8YZSMPF | A2S0K708C9P8CH |
| Fxcgist | https://www.amazon.com/sp?ie=UTF8&seller=A2K9WTXGIR2KLX | https://www.amazon.com/WGFOIP-Watercolors-Rainbow-Scrapbooking-gradient/dp/B0D7MXFGRY | A2K9WTXGIR2KLX |
| Ganbora | https://www.amazon.com/sp?ie=UTF8&seller=A2NFNI2M0TSUNJ | https://www.amazon.com/EVGATSAUTO-Gradient-Scrapbook-Decoration-Harmless/dp/B0FP6M9R26 | A2NFNI2M0TSUNJ |
| Gentle and polite | https://www.amazon.com/sp?ie=UTF8&seller=A1TPK6JVLJ0C8W | https://www.amazon.com/Acrylic-Include-Stamps-Silicone-Scrapbooking/dp/B0F83VPZ3K | A1TPK6JVLJ0C8W |
| Graetion | https://www.amazon.com/sp?ie=UTF8&seller=A2WZ1Z1E78MJEJ | https://www.amazon.com/Stamps-Handmade-Scrapbooking-Crafts-Decoration/dp/B0D7PDW66Y | A2WZ1Z1E78MJEJ |

| | | | |
|---|---|---|---|
| Gtlzlz | https://www.amazon.com/sp?ie=UTF8&seller=A1QKTKVS4D59Z8 | https://www.amazon.com/Finger-Colors-Craft-Washable-Stamp/dp/B0CLPH3Z3H | A1QKTKVS4D59Z8 |
| guangzhouliangkuashangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AL0NM0Q52WLKL | https://www.amazon.com/Rainbow-Creative-Gradient-Childrens-Account/dp/B0C9QTQVXY | AL0NM0Q52WLKL |
| Haedaxua-US | https://www.amazon.com/sp?ie=UTF8&seller=A3LTVNMHACXUXQ | https://www.amazon.com/Watercolors-Scrapbook-Decoration-Gradient-7-6x5-2x1-8cm/dp/B0F7GVTH78 | A3LTVNMHACXUXQ |
| Hegiyia | https://www.amazon.com/sp?ie=UTF8&seller=A52UECVFWUMY9 | https://www.amazon.com/Washable-Colorful-Fingerprints-Handprint-Scrapbooking/dp/B0B8ZNVKMK | A52UECVFWUMY9 |
| herronk | https://www.amazon.com/sp?ie=UTF8&seller=A3B1VXZOQSP3VER | https://www.amazon.com/Colorful-Gradient-DIY-Rubber-Stamp/dp/B0F3JRFTXG | A3B1VXZOQSP3VE |
| hongculier-US | https://www.amazon.com/sp?ie=UTF8&seller=A3ILOWWLIOZEWS | https://www.amazon.com/Letters-Greeting-Notepads-Scrapbook-Gradient/dp/B0D31V2L7P | A3ILOWWLIOZEWS |
| hoolhwa e-store | https://www.amazon.com/sp?ie=UTF8&seller=AYUCV6YTVREC5 | https://www.amazon.com/barenx-Rubber-Stamp-Stamps-Fabric/dp/B0C3C2YPPV | AYUCV6YTVREC5 |
| huaerseller | https://www.amazon.com/sp?ie=UTF8&seller=A2V8Y06WLYMG8S | https://www.amazon.com/Akozon-EcoFriendly-Watercolor-Scrapbooking-Decoration/dp/B0DB2NYX74 | A2V8Y06WLYMG8S |
| HuangXianGuoChengDuGuanHuiOuChuangKeJiYouXianGongS | https://www.amazon.com/sp?ie=UTF8&seller=A2Q44TM34OQFU0 | https://www.amazon.com/Rainbow-Creative-Washable-Childrens-Multicolor/dp/B0C4KND6SJ | A2Q44TM34OQFU0 |
| Huanshiji | https://www.amazon.com/sp?ie=UTF8&seller=AWA7LUNY2YFMZ | https://www.amazon.com/Colorful-Watercolor-Scrapbook-Decoration-Essential/dp/B0D87PFJLC | AWA7LUNY2YFMZ |

| | | | |
|---|---|---|---|
| hwdjiSW | https://www.amazon.com/sp?ie=UTF8&seller=A1RZ8G8RYDCG73 | https://www.amazon.com/MEELYHOME-Multicolor-Scrapbooking-Accessories-Printing/dp/B0D3HN9GCV | A1RZ8G8RYDCG73 |
| HYRD-01 | https://www.amazon.com/sp?ie=UTF8&seller=A1S2X14651QZKR | https://www.amazon.com/HYEIUIRADIY-Watercolors-Inkpad-Scrapbook-Decoration/dp/B0D8V7D2QB | A1S2X14651QZKR |
| Jazutaq | https://www.amazon.com/sp?ie=UTF8&seller=A3V1ZMEU8WRGSU | https://www.amazon.com/Watercolors-Inkpad-Scraook-Decoration-Gradient/dp/B0DTKTJKTK | A3V1ZMEU8WRGSU |
| Jiangbu | https://www.amazon.com/sp?ie=UTF8&seller=A2SVBUHYH1XBJH | https://www.amazon.com/Prasacco-Washable-Multicolor-Stamping-Scrapbooking/dp/B0CXPRKTPR | A2SVBUHYH1XBJH |
| JINGTU HOME | https://www.amazon.com/sp?ie=UTF8&seller=A2PIUP645N5KED | https://www.amazon.com/JarThenaAMCS-Christmas-Snowflake-Holiday-Scrapbooking/dp/B0FM6N5WWT | A2PIUP645N5KED |
| JUNXING Stationery | https://www.amazon.com/sp?ie=UTF8&seller=A3R2XMHAAHSFIT | https://www.amazon.com/Finger-Washable-Vibrant-Colors-Scrapbooking/dp/B0FGXKV5V1 | A3R2XMHAAHSFIT |
| Kimiss 24k | https://www.amazon.com/sp?ie=UTF8&seller=A2ZF0K7IFIDCPR | https://www.amazon.com/Watercolors-Rubber-Scrapbook-Decoration-Gradient/dp/B0D4ZGX3JN | A2ZF0K7IFIDCPR |
| kisuin | https://www.amazon.com/sp?ie=UTF8&seller=A3CS6Y9AMOAQQY | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DG37X3FF | A3CS6Y9AMOAQQY |
| KnowStore | https://www.amazon.com/sp?ie=UTF8&seller=A1UTXY2G11E7Z3 | https://www.amazon.com/HERCHR-Rubber-Stamps-Multicolor-Stamp/dp/B097TPMP93 | A1UTXY2G11E7Z3 |

| Lanxued | https://www.amazon.com/sp?ie=UTF8&seller=A2XH6MJMODA4VR | https://www.amazon.com/Oumefar-Rainbow-Watercolors-Scrapbooking-Decoration/dp/B0926C5PLF | A2XH6MJMODA4VR |
|---|---|---|---|
| Lcsyicn | https://www.amazon.com/sp?ie=UTF8&seller=A2J3VQUILTJYTV | https://www.amazon.com/Ink-Notebook-Ecological-Fabric-Journal/dp/B0F3C9J9FQ | A2J3VQUILTJYTV |
| Lecxin | https://www.amazon.com/sp?ie=UTF8&seller=AA93TAV0YWBZE | https://www.amazon.com/EVGATSAUTO-Watercolors-Beautiful-Scrapbook-Decoration/dp/B0DRDKHV4Q | AA93TAV0YWBZE |
| Liaowev8 | https://www.amazon.com/sp?ie=UTF8&seller=A2CW6CNGCDK6QG | https://www.amazon.com/Yuecoom-Coloured-Painting-Scrapbooking-Decoration/dp/B0CDCJRVBC | A2CW6CNGCDK6QG |
| Lihenge | https://www.amazon.com/sp?ie=UTF8&seller=A3GB5844S44SKX | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DF3KM9H1 | A3GB5844S44SKX |
| Lin xiaofeng202 | https://www.amazon.com/sp?ie=UTF8&seller=A13RVY16EWL3Z2 | https://www.amazon.com/PDCTACST-Fingerprint-Washable-Scrapbooking-Decoration/dp/B0B5RRW9QK | A13RVY16EWL3Z2 |
| Liuyume | https://www.amazon.com/sp?ie=UTF8&seller=A1BLAFSHO93HYG | https://www.amazon.com/Gradient-Beautiful-Material-Suitable-Scrapbook/dp/B0D4V4G14F | A1BLAFSHO93HYG |
| Liyishun | https://www.amazon.com/sp?ie=UTF8&seller=A1QLRF4NXRASJW | https://www.amazon.com/Gradient-EcoFriendly-Material-Plastic-Greeting/dp/B0DPXHTWZC | A1QLRF4NXRASJW |
| Luocute | https://www.amazon.com/sp?ie=UTF8&seller=AMV2SNK0BLRV | https://www.amazon.com/dp/B0DGHNND9G | AMV2SNK0BLRV |
| Lxiaohd3 | https://www.amazon.com/sp?ie=UTF8&seller=A2CGXWB84UW7RD | https://www.amazon.com/Saccgt-Rainbow-Multicolor-Based-Scrapbook/dp/B0D873HFY4 | A2CGXWB84UW7RD |

| | | | |
|---|---|---|---|
| milletporridge | https://www.amazon.com/sp?ie=UTF8&seller=AYNA7OCQYSOOR | https://www.amazon.com/Gjinxi-Washable-Scrapbook-Fingerprints-Scrapbooking/dp/B0CX8VL391 | AYNA7OCQYSOOR |
| MINZLAND | https://www.amazon.com/sp?ie=UTF8&seller=A2PORMCZDQ3SMR | https://www.amazon.com/Rainbow-Colors-Washable-Scrapbooking-Painting/dp/B0DDPVQMT8 | A2PORMCZDQ3SMR |
| Mseinope-jp | https://www.amazon.com/sp?ie=UTF8&seller=A26J91951MHPDV | https://www.amazon.com/Demeras-Environmental-Protection-Greeting-Scrapbook/dp/B0995V95M1 | A26J91951MHPDV |
| Mulosu | https://www.amazon.com/sp?ie=UTF8&seller=A2WUHQA83W0TP5 | https://www.amazon.com/Craft-Washable-Stamp-Pads-Colors/dp/B07X982PP1 | A2WUHQA83W0TP5 |
| NDNCZDHC | https://www.amazon.com/sp?ie=UTF8&seller=AIKWBNYNXUTH5 | https://www.amazon.com/NDNCZDHC-Colors-Stamps-Washable-Scrapbooking/dp/B0D181M93T | AIKWBNYNXUTH5 |
| Nebany | https://www.amazon.com/sp?ie=UTF8&seller=A23OKVD99WHLQQ | https://www.amazon.com/Watercolors-Inkpad-Scrapbook-Plastic-0-7inch/dp/B0F2Q1JJTH | A23OKVD99WHLQQ |
| Niaviben | https://www.amazon.com/sp?ie=UTF8&seller=A3JAN5CYS05IU2 | https://www.amazon.com/Niaviben-Fingerprint-Washable-Scrapbooking-Painting/dp/B0DSDQYZBC | A3JAN5CYS05IU2 |
| Ningde Tu'erling | https://www.amazon.com/sp?ie=UTF8&seller=A2RDMUKIMH62O3 | https://www.amazon.com/Stamping-Partner-4-Color-Gradient-Scrapbooking/dp/B0D6NRK6D5 | A2RDMUKIMH62O3 |
| nusind | https://www.amazon.com/sp?ie=UTF8&seller=A3EOCXXW7J04X6 | https://www.amazon.com/Stamps-Rainbow-Rubber-Scrapbook-Decoration/dp/B0DZPFN731 | A3EOCXXW7J04X6 |
| NVZBL | https://www.amazon.com/sp?ie=UTF8&seller=A2DXEMCFTG0LA5 | https://www.amazon.com/Dandelion-Butterfly-Transparent-Decoration-Scrapbooking/dp/B0B | A2DXEMCFTG0LA5 |

| | | BLSC4Y2 | |
|---|---|---|---|
| Opvimin | https://www.amazon.com/sp?ie=UTF8&seller=A24H73QW6N8RE | https://www.amazon.com/Coloured-Pigment-Rubber-Multiple-Purpose/dp/B0CRHNGGG1 | A24H73QW6N8RE |
| OTENG | https://www.amazon.com/sp?ie=UTF8&seller=AIDAWJDKNTU2G | https://www.amazon.com/PDCTACST-Fingerprint-Washable-Scrapbooking-Decoration/dp/B0B5RRW9QK | AIDAWJDKNTU2G |
| Pamkya-US | https://www.amazon.com/sp?ie=UTF8&seller=A1Z8S3VMJ3LES8 | https://www.amazon.com/6PCS-Washable-Stamp-Rubber-Colors/dp/B0CQLSQLQX | A1Z8S3VMJ3LES8 |
| PMLAND | https://www.amazon.com/sp?ie=UTF8&seller=A220TL70WLH7R2 | https://www.amazon.com/PMLAND-Stamp-Fabric-Colors-Assorted/dp/B084JC1K7B | A220TL70WLH7R2 |
| Prexey | https://www.amazon.com/sp?ie=UTF8&seller=A1UDQVA707677M | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B07Y3C46ZQ | A1UDQVA707677M |
| Qixiace | https://www.amazon.com/sp?ie=UTF8&seller=A261WNB1BI4586 | https://www.amazon.com/Convenience-Practical-Beautiful-Scrapbook-Greeting/dp/B0D1YM6X73 | A261WNB1BI4586 |
| Redriver | https://www.amazon.com/sp?ie=UTF8&seller=A3Q8SSSAXDGPIH | https://www.amazon.com/CHENGBEI-Rainbow-Multicolor-Based-Scrapbook/dp/B08FY1LNKX | A3Q8SSSAXDGPIH |
| Riweedry | https://www.amazon.com/sp?ie=UTF8&seller=A3UHNSFEM9K0NQ | https://www.amazon.com/Scrapbook-Storage-Greeting-Letters-Gradient/dp/B0D9JPC3R3 | A3UHNSFEM9K0NQ |
| Ruiqzhi | https://www.amazon.com/sp?ie=UTF8&seller=ANR6ERXA9DHFM | https://www.amazon.com/Harmless-Scrapbook-Beautiful-Greeting-Gradient/dp/B0D7FMH6XP | ANR6ERXA9DHFM |

| | | | |
|---|---|---|---|
| salmue | https://www.amazon.com/sp?ie=UTF8&seller=A46SVXD99K5JN | https://www.amazon.com/Stamps-Rainbow-Scrapbook-Decoration-Gradient/dp/B0DTP8Z61S | A46SVXD99K5JN |
| Sealhuan | https://www.amazon.com/sp?ie=UTF8&seller=A3L0NHJRHR4JDB | https://www.amazon.com/Sealhuan-Rainbow-Accessories-Graffiti-Children/dp/B0C5JQN9GP | A3L0NHJRHR4JDB |
| Seasaww | https://www.amazon.com/sp?ie=UTF8&seller=A2UHDIWMJ8361I | https://www.amazon.com/pistro-Rubber-Stamp-Stamps-Fabric/dp/B0BY7VNRY4 | A2UHDIWMJ8361I |
| SevenMartUS | https://www.amazon.com/sp?ie=UTF8&seller=A2K1OS5BD2HZYQ | https://www.amazon.com/Gientan-Watercolors-Inkpad-Scrapbook-Decoration/dp/B0CX43DGCY | A2K1OS5BD2HZYQ |
| Shemnque | https://www.amazon.com/sp?ie=UTF8&seller=A1U6RSFL3R4CVC | https://www.amazon.com/Jiawu-Beautiful-Scrapbook-Notepads-Greeting/dp/B0FDGXLX7P | A1U6RSFL3R4CVC |
| ShiShaoPrro | https://www.amazon.com/sp?ie=UTF8&seller=A1J2O0OKTZX4M | https://www.amazon.com/Stamps-Rainbow-Daubers-Drawing-Scrapbooking/dp/B0D5YPGZ6D | A1J2O0OKTZX4M |
| shoujianyunkai | https://www.amazon.com/sp?ie=UTF8&seller=AXK6FWW0JT188 | https://www.amazon.com/Scrapbooking-Stamping-Partner-4-Color-Gradient/dp/B0CT6CH5WM | AXK6FWW0JT188 |
| SOROS | https://www.amazon.com/sp?ie=UTF8&seller=AWHPP0851IO04 | https://www.amazon.com/Acouto-Gradient-Watercolor-Stamping-Scrapbooking/dp/B0FB32N4Q8 | AWHPP0851IO04 |
| Surprise Treasure Shop | https://www.amazon.com/sp?ie=UTF8&seller=A35PM4MXLTHU6L | https://www.amazon.com/Pcs-Youngsters-Pads-Safe-Water/dp/B0F7FLMB78 | A35PM4MXLTHU6L |
| Terisass | https://www.amazon.com/sp?ie=UTF8&seller=A3BEBWTOARC1WU | https://www.amazon.com/Inkpad-Fingerprint-Scrapbook-Decoration-Gradient/dp/B0DSWFP3ZV | A3BEBWTOARC1WU |

| Tokdjb-US | https://www.amazon.com/sp?ie=UTF8&seller=ARXZCJYY6XJJ0 | https://www.amazon.com/Luzhengyang-Colorful-Craft-Stamps-Fabric/dp/B0D2L8WFVH | ARXZCJYY6XJJ0 |
|---|---|---|---|
| Tony's Gift CO., LTD. | https://www.amazon.com/sp?ie=UTF8&seller=AD4X1CJLXW3JK | https://www.amazon.com/Quilling-Partner-Washable-Gradient-Multicolor/dp/B0CC5DJCCK | AD4X1CJLXW3JK |
| Tvovo | https://www.amazon.com/sp?ie=UTF8&seller=A2VA6JTWJ82XMS | https://www.amazon.com/JZTang-Washable-Multicolor-Scrapbooking-Rainbow/dp/B09Z7VQSDX | A2VA6JTWJ82XMS |
| unnibell | https://www.amazon.com/sp?ie=UTF8&seller=A2B3S3DCYO277L | https://www.amazon.com/Stamps-Rainbow-Rubber-Scrapbook-Decoration/dp/B0DYKBLWX7 | A2B3S3DCYO277L |
| US-ZHNGJIUYUAN | https://www.amazon.com/sp?ie=UTF8&seller=A3U680DK61UA9Q | https://www.amazon.com/ZHONGJIUYUAN-Decoration-Fingerprint-Scrapbooking-Accessories/dp/B07G2129S8 | A3U680DK61UA9Q |
| Voweek Official | https://www.amazon.com/sp?ie=UTF8&seller=A27AYPUZ8FYR9E | https://www.amazon.com/Ecological-Congratulations-Newspaper-Gradient-Purple/dp/B0F3K2VZWS | A27AYPUZ8FYR9E |
| wangshanggou | https://www.amazon.com/sp?ie=UTF8&seller=AED0TI8QNTN4W | https://www.amazon.com/Washable-Stamps-Partner-Rainbow-Multicolor/dp/B07ZYW3HBB | AED0TI8QNTN4W |
| Wavebang | https://www.amazon.com/sp?ie=UTF8&seller=A3MZ1Q0T0XS6YA | https://www.amazon.com/Colorful-Fingerprint-Washable-Painting-Portable/dp/B0DJX2Y7BZ | A3MZ1Q0T0XS6YA |
| Wetop | https://www.amazon.com/sp?ie=UTF8&seller=A3QCW9FHYQFNFC | https://www.amazon.com/Stamps-Partner-Rainbow-Multicolor-Infinite/dp/B07PRNZKF4 | A3QCW9FHYQFNFC |
| Whale Online US | https://www.amazon.com/sp?ie=UTF8&seller=AX43SBHAMRULZ | https://www.amazon.com/Whaline-Christmas-Snowman-Holiday-Scrapbooking/dp/B0F | AX43SBHAMRULZ |

| | | MXZX7RX | |
|---|---|---|---|
| Wonfar | https://www.amazon.com/sp?ie=UTF8&seller=A1T7QCTOWW7F1Y | https://www.amazon.com/Rainbow-Multicolor-Finger-Stamps-Infinite/dp/B07T9BCB4W | A1T7QCTOWW7F1Y |
| Wongsington | https://www.amazon.com/sp?ie=UTF8&seller=A2V2QGMT6DGRY2 | https://www.amazon.com/Watercolors-Scrapbooking-Printing-Painting-Gradient/dp/B0FMRBZNFJ | A2V2QGMT6DGRY2 |
| wuhaous | https://www.amazon.com/sp?ie=UTF8&seller=A1KV0I1YKLEW18 | https://www.amazon.com/Inkpad-Stamp-Finger-Craft-Making/dp/B0CGDQ5DGN | A1KV0I1YKLEW18 |
| Wunyaqin | https://www.amazon.com/sp?ie=UTF8&seller=A2M56T866ENSVA | https://www.amazon.com/Inkpad-Gradient-Ecofriendly-Activities-Storage/dp/B0F2L26HXN | A2M56T866ENSVA |
| Xiayixue | https://www.amazon.com/sp?ie=UTF8&seller=A9FQ4KZNBSYMJ | https://www.amazon.com/Watercolors-Rubber-Storage-Scrapbook-Gradient/dp/B0DBN6KGM5 | A9FQ4KZNBSYMJ |
| Xinyuea | https://www.amazon.com/sp?ie=UTF8&seller=A3U3PQ16NNS53X | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DDCRGG12 | A3U3PQ16NNS53X |
| xjinwalo | https://www.amazon.com/sp?ie=UTF8&seller=A2DUJW4HRJGCV4 | https://www.amazon.com/Transparent-Watercolors-Applicable-Scrapbook-Greeting/dp/B0DPG9L7F4 | A2DUJW4HRJGCV4 |
| XoreArt | https://www.amazon.com/sp?ie=UTF8&seller=A38OPY6HYQ6ZO | https://www.amazon.com/Washable-Partner-Rainbow-Multicolor-Colors-Pink/dp/B07RY6BCLP | A38OPY6HYQ6ZO |
| xuuyuu | https://www.amazon.com/sp?ie=UTF8&seller=A3UOH6UFKYX3BS | https://www.amazon.com/Stamps-Rainbow-Rubber-Scrapbook-Decoration/dp/B0DYFX4K9N | A3UOH6UFKYX3BS |
| Yahpetes | https://www.amazon.com/sp?ie=UTF8&seller=A3FE5JOQZBO8ZO | https://www.amazon.com/Yahpetes-Washable-Colors- | A3FE5JOQZBO8ZO |

| | | | | |
|---|---|---|---|---|
| | | | Finger-Stamps/dp/B0CPCSV387 | |
| Yincefy | | https://www.amazon.com/sp?ie=UTF8&seller=A2FTUAFEK45O4G | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DBJ9DCJ1 | A2FTUAFEK45O4G |
| Yixingdz | | https://www.amazon.com/sp?ie=UTF8&seller=ARMDRSCXPDG02 | https://www.amazon.com/Vogely-Finger-Rubber-Gradient-Inkpad/dp/B0CHMYJFFT | ARMDRSCXPDG02 |
| Yoeuan | | https://www.amazon.com/sp?ie=UTF8&seller=A3MFFE8QRXYU05 | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DDDGSM5V | A3MFFE8QRXYU05 |
| YouHong | | https://www.amazon.com/sp?ie=UTF8&seller=AV616TSO945NS | https://www.amazon.com/Multicolor-Scrapbooking-Accessories-Printing-Painting/dp/B0CS913DP7 | AV616TSO945NS |
| youthink jp | | https://www.amazon.com/sp?ie=UTF8&seller=A3OM5LXEESSP4E | https://www.amazon.com/YOUTHINK-Decorative-Gradient-Scrapbook-Greeting/dp/B0F6YBB765 | A3OM5LXEESSP4E |
| Yuejun2022 | | https://www.amazon.com/sp?ie=UTF8&seller=A38PGCRPWKRFPD | https://www.amazon.com/Jerliflyer-Watercolor-Colorful-Scrapbook-Decoration/dp/B0DN1T4YYY | A38PGCRPWKRFPD |
| Yulinnet | | https://www.amazon.com/sp?ie=UTF8&seller=A89NDBZQL1NDA | https://www.amazon.com/Demeras-Environmental-Protection-Greeting-Scrapbook/dp/B0995V95M1 | A89NDBZQL1NDA |
| Yuuanie | | https://www.amazon.com/sp?ie=UTF8&seller=A394039XLTI94K | https://www.amazon.com/Beautiful-Practical-Greeting-Scrapbook-Gradient/dp/B0CN41TV8D | A394039XLTI94K |
| Zaicoler | | https://www.amazon.com/sp?ie=UTF8&seller=A3TZL8MRTRPKNX | https://www.amazon.com/Stamps-Watercolors-Scrapbook-Decoration-Gradient/dp/B0DFDZ3XVJ | A3TZL8MRTRPKNX |

| zhangenliukejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AUA47Z0R67LAS | https://www.amazon.com/Gradient-Inkpad-Fingerprint-Stamps-Scrapbooking/dp/B0BW3MJ3SN | AUA47Z0R67LAS |
|---|---|---|---|
| Zhengyun-US | https://www.amazon.com/sp?ie=UTF8&seller=A38BHBEHOEYK7C | https://www.amazon.com/Ecofriendly-Scrapbook-Beautiful-Greeting-Gradient/dp/B0F3JYFBQ2 | A38BHBEHOEYK7C |
| zongjunwangluo | https://www.amazon.com/sp?ie=UTF8&seller=A1O1CSNADW9O7D | https://www.amazon.com/Culnflun-Watercolors-Gradient-Scrapbook-Decoration/dp/B0FKNBKNKL | A1O1CSNADW9O7D |