# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

LOGARO LLC,

    Plaintiff,

v.

ANGGREK K-US, ET AL.,

    Defendants.

Case No. 25-cv-06492-SDG

## Affidavit of Service of Order

On December 5, 2025, a true and correct copy of the Court's Order [Dkt. 27], was served on all Defendants by electronically publishing a link to it and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail address each Defendant had registered with Amazon.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 5, 2025

Respectfully submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
(GA 094951)
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*

1